```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


CENDENT CORPORATION          :

                             :        Civil 00-4064 (WHW)
            v.
                             :             ORDER
E. KIRK SHELTON
                             :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the plaintiff having responded by filing an affidavit;

It is on this 18th day of August 2008,

O R D E R E D  that the notice of call for dismissal be withdrawn.

```
                                    S/ William H. Walls
                                    _____
                                    WILLIAM H. WALLS
                                    United States Senior Judge
```